IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TAMMIE TRIMBLE,<br><br>　Plaintiff,<br><br>　v.<br><br>ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>　Defendant. | Civil No. 6:22-CV-01773-SB<br><br><br>ORDER FOR REMAND |

　Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and Supplemental Security Income benefits under Titles II and XVI of the Social Security Act be REVERSED AND REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a new hearing, and issue a new decision.

　Upon proper presentation to this Court, Plaintiff may be entitled to reasonable attorney fees pursuant to the Equal Access to Justice Act.

　IT IS SO ORDERED this 31st day of May, 2023.

*Stacie F. Beckerman*
_____
HON. STACIE F. BECKERMAN
UNITED STATES MAGISTRATE JUDGE