IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TAMMY TRIMBLE,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>        Defendant. | Case No. 6:22-cv-01773-SB<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

        Plaintiff Tammy Trimble brought this action seeking review of the Commissioner's final decision denying her application for disability benefits under the Social Security Act.  The Court reversed the Commissioner's decision and remanded the case for further administrative proceedings. The Commissioner subsequently found Plaintiff entitled to Social Security benefits beginning September 2020.

        Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b).  The Commissioner neither supports nor opposes counsel's request for attorney's fees.  I have reviewed the record in this case, the motion, and the supporting materials, including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services.  Applying the

standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds that the requested fees are reasonable.

Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. 406(b) is hereby GRANTED, and Plaintiff's counsel is awarded $3,537.00 in attorney's fees under 42 U.S.C. § 406(b), representing the difference between the full § 406(b) amount requested ($12,088) and the amount of EAJA fees ($1,350) and administrative fees counsel has already received ($7,200.00).

In accordance with agency policy, the Commissioner is instructed to make a direct payment of the award of $3,537.00, less any applicable processing or user fees prescribed by statute, to Plaintiff's attorney, Mark A. Manning, at WELLS, MANNING, EITENMILLER & TAYLOR, P.C., from benefits the Social Security Administration has withheld from Plaintiff's past due benefits.  Any amount withheld after all administrative and court attorney fees are paid should be released to the claimant.

IT IS SO ORDERED this __14__ day of __August_____ 2024.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

Proposed Order submitted by:
Mark A. Manning
WELLS, MANNING, EITENMILLER & TAYLOR, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
mmanning@wmetattorneys.com
Of Attorneys for Plaintiff